UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH <br><br> MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Chastie Frazier v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10091-DRH |
| *Jennifer Harvey v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10260-DRH |
| *Anamarie Piloton v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10095-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
         **Deputy Clerk**

Digitally signed by
Judge David R.
Herndon
Date: 2016.06.03
14:14:36 -05'00'

APPROVED:
        DISTRICT JUDGE
        U. S. DISTRICT COURT